THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER: 5:16-CR-00093-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| RANDALL T. EVANS | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby ORDERS the Defendant's Sentencing Memorandum and the Court's Order approving the motion filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Defendant's Counsel.

This the __17__ day of March 2017.

_____
JAMES C. DEVER III
Chief United States District Judge