IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-93-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDALL T. EVANS, | ) | |
| Defendant. | ) | |

On October 24, 2017, Randall T. Evans ("Evans"), appearing pro se, filed a motion to unseal his penalty sheet, Presentence Investigation Report, sentencing memorandum, and plea agreement [D.E. 48]. The motion to unseal the penalty sheet, sentencing memorandum, and plea agreement is GRANTED. The motion to unseal the Presentence Investigation Report is DENIED. Defendant should be able to view the Presentence Investigation Report with the assistance of his case manager.

SO ORDERED. This 19 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge