IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-93-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDALL TERRANCE EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

Randall Terrance Evans, appearing pro se, filed a motion for documents [D.E. 57] and a motion to unseal documents [D.E. 58]. Evans may consult with his former counsel about obtaining copies of discovery documents concerning his case. The motion to unseal statement of facts, disbursement statement, and bill of particulars [D.E. 58] is denied. The docket does not include such documents. In sum, the motion for documents [D.E. 57] and the motion to unseal [D.E. 58] are DENIED.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge